UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

KELLY HANLIN,

                              Plaintiff,

                -v-

THE CITY OF NEW YORK, New York City Police
Department CHIEF JOSEPH ESPOSITO, New York
City Police Department OFFICER JOHN DOE (the name
John Doe being fictitious, as his true name and shield
number are presently unknown), in their individual and
official capacities,

                            Defendants.
-----------------------------------------------------------------------x

**DECLARATION OF SERVICE
ON JOSEPH ESPOSITO**

12-CV-5844 (RWS)

      I, ROBERT M. QUACKENBUSH, an attorney duly licensed to practice law in this Court, does hereby state and declare as follows:

      1.    I am over 18 years of age and am not a party to this action.

      2.    On August 15, 2012, at approximately 12:45 p.m. at One Police Plaza, Room 1300 in the County and State of New York, I served a **Summons** and **Complaint and Demand for Jury Trial** upon **CHIEF JOSEPH ESPOSITO**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion.

      3.    Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

| | | |
|---|---|---|
| Sex: Male | Race: Latino or East Indian | Hair: Black |
| Approx Age: 30 | Approx Height: 5' 9" | Approx Weight: 150 |

      4.    On August 15, 2012, at approximately 1:25 p.m., within 350 Broadway in the County and State of New York, I mailed a copy of the **Summons** and **Complaint and Demand**

1

for Jury Trial in an envelope addressed to **CHIEF JOSEPH ESPOSITO** at **One Police Plaza, Room 1300, New York, New York 10007.**

    5.    Said envelope was marked "Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

Dated: New York, New York
       August 15, 2012

By: _____
    Robert M. Quackenbush